UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――― x

In re:                                                                                       Chapter 11
                                                                                              Case No. 15-11587 (SMB)
Sofia 42 Restaurant Corp.,

                                    Debtor.
―――――――――――――――――――――――― x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Amanda Hiller, Deputy Commissioner and Counsel of the NYS Department of Taxation and Finance by Jacqueline Auerbach, District Tax Attorney, hereby appears in the above-captioned case on for the State of New York, Department of Taxation and Finance (the "Department"), a creditor of Sofia 42 Restaurant Corp., (the "Debtor") and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department demands that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint,

2

demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated: New York, New York
      July 10, 2015
                                        Amanda Hiller
                                        Deputy Commissioner and Counsel
                                        NYS Department of Taxation and Finance
                                        By: s/ Jacqueline Auerbach
                                        District Tax Attorney
                                        15 Metro Tech Center
                                        Brooklyn, NY 11201

                                        Tel: (347) 390-7356
                                        Fax: (518) 435-8561

## CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the foregoing notice of appearance and demand for service of papers was served this 10th day of July 2015 via the Court's ECF system on those parties registered to receive notice in this case.

Dated: July 10, 2015

                   s/ Jacqueline Auerbach