WHEREFORE, for the reasons stated in the Objection, the Trustee respectfully requests that the Court grant the relief requested in the Objection and for such other and further relief as the Court deems just and appropriate.

Dated: Garden City, New York
March 17, 2017

MEYER, SUOZZI, ENGLISH & KLEIN P.C.

By: */s/ Jil Mazer-Marino*
Jil Mazer-Marino, Esq.
990 Stewart Avenue, Suite 300
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Email: jmazermarino@msek.com

*Attorneys for the Chapter 7 Trustee*